UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

20 MJ 8578

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

-against-

Bautista, Feidel

Defendant(s).
----------------------------------------------------------------X

Defendant **Feidel Bautista** hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel


/s/ Feidel Bautista
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Feidel Bautista
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Jason Ser
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/13/20
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/20