UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

United States of America

                                          **SCHEDULING ORDER**

        -against-

                                          20-mj-08578 (AEK)

Fiedel Bautista,

                        Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic arraingment before Magistrate Judge Krause has been scheduled for

**Tuesday, February 23, 2021, at 12:30 p.m.**

      Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line.  To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

      Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  February 22, 2021
           White Plains, New York

                                                **SO ORDERED.**

_____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge